**DUGANAIR TECHNOLOGIES, INC., Plaintiff–Appellant,**

**and**

**Raisbeck Commercial Air Group, Inc., Counter–Claimant,**

**v.**

**RAISBECK COMMERCIAL AIR GROUP, INC., Defendant–Appellee,**

**and**

**Duganair Technologies, Inc., Counter–Defendant,**

**v.**

**Raisbeck Commercial Air Group, Inc., Third–Party–Plaintiff,**

**v.**

**John Dugan; Dane Doe Dugan; Duganair Technologies, Inc., Third–Party–Defendants.**

---

**Dugan Technologies, Inc., Defendant–Appellant,**

**Raisbeck Commercial Air Group, Inc., Defendant–Appellant,**

**Raisbeck Commercial Air Group, Inc., Third–Party–Plaintiff–Appellant,**

**v.**

**John Dugan; Jane Doe Dugan; Duganair Technologies, Inc., Third–Party–Defendants–Appellees.**

No. 00–35392.
D.C. No. CV–99–01203–BJR.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2001.

Decided Nov. 15, 2001.

Before REAVLEY,* B. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM **

The judgment of the district court is affirmed for the reasons stated in that court's order of January 27, 2000.

AFFIRMED.

---

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the United States Court of Appeals, Fifth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9TH CIR. R. 36–3.